April 2, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

EX PARTE FELIPE JESUS JUAREZ

NO. 14-12-00564-CR
NO. 14-12-00565-CR
NO. 14-12-00566-CR

_____

This cause was heard on the transcript of the record of the court below. Having considered the record, the Court holds that there was no error in judgment. The Court orders the judgment **AFFIRMED**.

The Court orders appellant, FELIPE JESUS JUAREZ, to pay all costs incurred in this appeal.

The Court orders this decision certified below for observance.